# Invoice

Westwind Helicopters, Inc.
P.O. Box 929
Santa Fe, Texas 77517

| Date | Invoice # |
|---|---|
| 7/31/2013 | 941 |

| Bill To |
|---|
| United LNG |
| Tamara Ernst |
| 5120 Woodway, Suite 5004 |
| Houston Texas 77056 |

| Terms |
|---|
|  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| United LNG |  |  |  |
| ORCA |  |  |  |
| Bell 206L3 Daily Rate<br>July 30th, 2013 | 1 | 4,500.00 | 4,500.00 |
| Bell 206L3 Hourly Rate<br>July 30th, 2013 | 4.1 | 794.00 | 3,255.40 |
| Check Received in Advance of Flight<br>July 30th, 2013 | 1 | -2,500.00 | -2,500.00 |

It's been a pleasure working with you!

**Total** $5,255.40

# Westwind Helicopters, Inc. P.O. Box 929 • Santa Fe, TX 77517

| AIRCRAFT | MODEL | | FLT. SHEET NO. 1 OF 1 FLT.SHEETS | DATE: 30 JUL 13 |
|---|---|---|---|---|
| N-726H | 206L3 | | THIS DATE | |

| DUTY | EMPLOYEE NUMBER | PILOT | CUSTOMER & REMARKS CALL SIGN / SPECIAL FLT. NO. | FLIGHT CODE | TOTAL FLT. TIME THIS DATE |
|---|---|---|---|---|---|
| P | 5796 | KSZW | ORCA UNITED LNG | INC | 4.1 |

| WEIGHT AND LOADING COMPUTATION | A/C BASIC WEIGHT | FUEL WEIGHT | PILOT WEIGHT | OPERATIONAL WEIGHT | MAX. ALLOW GROSS WEIGHT | MINUS OPERATIONAL WEIGHT | PAYLOAD AVAILABLE | PILOT SHALL INITIAL EACH FLIGHT # BLOCK TO CERTIFY HIS COMPLIANCE WITH WEIGHT AND CENTER OF GRAVITY LIMITS. |
|---|---|---|---|---|---|---|---|---|
| | 2680 | 740 | 200 | 3620 | 4150 | 3620 | 530 | |

| FLT # & INITIALS | FROM SPB STARTING BASE: ONSHORE - OFFSHORE | | | | | | FROM TERMINATING BASE: ONSHORE - OFFSHORE SPB | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TO | PASSENGERS | EMP. BY | OFF | ON | FLT TIME | REMARKS | FLT # & INITIALS | TO | PASSENGERS | EMP. BY | OFF | ON | FLT TIME | REMARKS |
| TK (1) | K S G P | SOLO | | 11 / 30 | 12 / 30 | 30 | | 8 | | | | | | | |
| TK (2) | K B P T | SPEER GUU Y.F WANG QEN DU SHAW | UNITED ORCA ORCA ORCA ORCA ORCA | 14 / 45 | 16 / 40 | 55 | DEST TRAVEL SUR - FRESHPORT POST NATURAL KEPT FUEL ③ | 9 | | | | | | | |
| TK (3) | E L L I N G | SPEER GUU WANG DU QEN SHAW | UNITED ORCA ORCA ORCA ORCA ORCA | 17 / 03 | 17 / 54 | 51 | KEPT APT FUEL | 10 | | | | | | | |
| TK (4) | K S G P | SPEER GUU WANG DU QEN SHAW | UNITED ORCA ORCA ORCA ORCA ORCA | 18 / 13 | 18 / 36 | 23 | | 11 | | | | | | | |
| TK (5) | S T B | SOLO | | 18 / 52 | 19 / 21 | 09 | EOM | 12 | | | | | | | |
| 6 | | | | | | | (4.1) | 13 | | | | | | | |
| 7 | | | | | | | | 14 | | | | | | | |

FLIGHT CODE ABBR.: INC - Income   NFM - No Flight Maintenance   TRN - Training   NFW - No Flight Weather   OPS - Operations
MNT - Maintenance Check / Ferry   NFR - No Flight Required   SAL - Sales / Promo   FRY - Ferry OPNS

DUTY CODE ABBR.: P - Pilot   PN - Pilot Night   PW - Pilot Weather   PH - Pilot Hood   CP - Co Pilot   CPN - Co Pilot Night
CPW - Co Pilot Weather   IP - Instructor Pilot   IPN - Instructor Pilot Night   D - Dual Day   DH - Dual Hood   DN - Dual Night

Westwind Helicopters
P.O. Box 439
Santa Fe, TX 77317

United LNG
Tamara Ernst Suite 5004
5120 Woodway
Houston, Texas 77056