IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARSOFT, INC. | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 413CV2332 |
| v. | § § | |
| UNITED LNG, LP, UNITED LNG HOLDINGS, LLC, and STEPHEN PAYNE | § § § | JURY DEMANDED |
| Defendants, | § § § | |
| v. | § § | |
| JOHN SPEER, | § § § | |
| Third Party Defendant | § | |

**UNSWORN DECLARATION OF STEPHEN PAYNE**

1.    My name is Stephen Payne. I am above the age of 18 and competent to make this unsworn declaration. Except as otherwise indicated the following facts are within my personal knowledge and true and correct.

2.    I am an individual and resident of Houston, Texas.

3.    I am the managing member of United LNG Holdings, LLC, a Texas Limited Liability Company.

4.    United LNG Holdings, LLC is the general partner of United LNG, LP, a Texas Limited Partnership.

5.    As of August 27, 2013 at 9:30 a.m. I have not been served with process either in my individual capacity or in a corporate representative capacity in this lawsuit.

6. Evan A. Moeller of HIRSCH & WESTHEIMER, P.C. currently represents John Speer and United LNG, LLC a Delaware Limited Liability Company in *John Speer et al. v. Stephen Payne et al.* Cause No. 2013-07061 in the 165th Judicial District of Harris County, Texas a lawsuit against myself and two other partners of United LNG, LP.

7. At no time did I, in my capacity as the managing member of United LNG Holdings, LLC, general partner of United LNG, LP authorize Evan A. Moeller of HIRSCH & WESTHEIMER, P.C. to file an answer on behalf of United LNG Holdings, LLC or United LNG, LP.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-27, 2013.

Stephen Payne