IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARSOFT, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-13-2332 |
| UNITED LNG, L.P., UNITED LNG | § | |
| HOLDINGS, LLC, and STEPHEN P. | § | |
| PAYNE, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM, RECOMMENDATION, AND ORDER ON INJUNCTIVE RELIEF

Having reviewed the Magistrate Judge's Memorandum, Recommendation, and Order on Injunctive Relief and the objections thereto, the court is of the opinion that said Magistrate Judge's Memorandum, Recommendation, and Order on Injunctive Relief should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

Defendants United LNG Holdings, LLC and Stephen P. Payne are **ENJOINED** from:

a. taking any action to diminish UL Marine/United Marine Holdings, Ltd.'s ("UMHL") equity stake in the maritime components of the floating liquified natural gas project, in particular, transferring maritime assets or rights to participate in maritime

activities covered by the Letter of Agreement ("LOA") to any other entity other than UMHL until the dispute between the parties is resolved in arbitration; and

    b.  reassigning or reselling Marsoft's exclusive brokerage roles under the LOA until the dispute between the parties is resolved in arbitration.

Marsoft will post a bond of $100,000 by April 7, 2014.

Although this action has been stayed pending the completion of arbitration, the court **RETAINS** jurisdiction over enforcement of this order.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 31st day of March, 2014.

                                              SIM LAKE
                              UNITED STATES DISTRICT JUDGE