IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION


| | | |
|---|---|---|
| MARSOFT, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-13-2332 |
| UNITED LNG, L.P., UNITED LNG | § | |
| HOLDINGS, LLC, and STEPHEN P. | § | |
| PAYNE, | § | |
| | § | |
| Defendants. | § | |


## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION ON ARBITRATION


Having reviewed the Magistrate Judge's Memorandum and Recommendation on Arbitration[1] (Docket Entry No. 102), the court concludes that the Memorandum and Recommendation on Arbitration should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation on Arbitration is hereby **ADOPTED** by this court. The parties are **ORDERED** to arbitrate their disputes, and the case is **STAYED** pending completion of arbitration. The parties will submit a status report on June 6, 2014, and every sixty (60) days thereafter.

_____

[1]The parties filed no objections to the Memorandum and Recommendation on Arbitration.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 31st day of March, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE