IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARSOFT, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-2332 |
| | § | |
| UNITED LNG, L.P., UNITED LNG | § | |
| HOLDINGS, LLC, and STEPHEN | § | |
| P. PAYNE, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM, RECOMMENDATION, AND ORDER

Having reviewed the Magistrate Judge's Memorandum, Recommendation, and Order dated September 26, 2014,[1] the court is of the opinion that said Memorandum, Recommendation, and Order should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum, Recommendation, and Order is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 21st day of October, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum, Recommendation, and Order.